A97A0548. BELT v. THE STATE.
(509 SE2d 113)

POPE, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *State v. Belt*, 269 Ga. 763 (505 SE2d 1) (1998), our decision in *Belt v. State*, 227 Ga. App. 425 (489 SE2d 157) (1997), is hereby vacated. In accordance with the opinion of the Supreme Court, the judgment of the trial court is affirmed.

*Judgment affirmed. Andrews, C. J., McMurray, P. J., Johnson, P. J., Beasley, Blackburn, Smith, Ruffin and Eldridge, JJ., concur.*

DECIDED NOVEMBER 9, 1998.

*John T. Rutherford, Lloyd J. Matthews*, for appellant.

*Tommy K. Floyd, District Attorney, Blair D. Mahaffey, Assistant District Attorney*, for appellee.